1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINE S. WATSON (CSBN 218006)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6838
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )   No. 3-05-70252 JL
                                     )
14          Plaintiff,               )   [PROPOSED] ORDER AND STIPULATION
                                     )   CONTINUING PRELIMINARY HEARING/
15     v.                            )   ARRAIGNMENT DATE AND WAIVING
                                     )   TIME LIMITS UNDER F.R.Cr.P 5.1.
16  JUAN PABLO NARANJO-LOPEZ,        )
       a/k/a Juan Narrajo,           )
17                                   )
            Defendant.               )
18  _____)

19      The parties appeared before the Court on May 27, 2005.  With the agreement of the

20  parties, and with the consent of the defendant, the Court enters this order scheduling a

21  preliminary hearing date of June 10, 2005 at 9:30 a.m., before the Honorable Maria-Elena James

22  and documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure

23  5.1. The parties agreed, and the Court found and held, as follows:

24          1.  The defendant waived the time limits for a preliminary hearing under Federal Rule of

25  Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny

26  both defense and government counsel reasonable time necessary for effective preparation, taking

27  into account the exercise of due diligence, and would deny the defendant continuity of counsel.

28          2. Counsel for the defense believes that postponing the preliminary hearing is in his

STIPULATION AND ORDER
3-05-70252 JL

FILED

JUN 1 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  client's best interest, and that it is not in his client's interest for the United States to indict the

2  case before the June 10, 2005 preliminary hearing date.

3        3.  The Court found that, taking into the account the public interest in the prompt

4  disposition of criminal cases, these grounds are good cause for extending the time limits for a

5  preliminary hearing under Federal Rule of Criminal Procedure 5.1.

6        4.  The Court scheduled a preliminary hearing date of June 10, 2005 at 9:30 a.m., before

7  the Honorable Maria-Elena James.

8

9        IT IS SO STIPULATED.

10

11  DATED:  6/7/05

12                                                  CHRISTINE S. WATSON
                                                    Special Assistant United States Attorney

13

14  DATED:  6/7/05

15                                                  STEVEN G. KALAR
                                                    Attorney for Juan Pablo Naranjo-Lopez

16

17      IT IS SO ORDERED.

18  DATED:  6/10/05

19                                                  HON. ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                    2
3-05-70252 JL