1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7129
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION
12

13  _____
                                    )   No.    CR 05-0425 MMC
14  UNITED STATES OF AMERICA,       )
                                    )   [PROPOSED] ORDER RESCHEDULING
15          Plaintiff,              )   CHANGE OF PLEA DATE AND
                                    )   EXCLUDING TIME FROM AUGUST 10,
16     v.                           )   2005 TO SEPTEMBER 7, 2005 FROM
                                    )   THE SPEEDY TRIAL ACT
17  JUAN PABLO NARANJO-LOPEZ,       )   CALCULATION (18 U.S.C. §
                                    )   3161(h)(8)(A))
18          Defendant.              )
    _____)
19

20        This matter was previously set for change of plea on August 10, 2005.  The parties now

21  jointly request that the matter be rescheduled.  The parties will need to confer before any

22  potential change of plea could forward.  The undersigned Assistant United States Attorney was

23  recently reassigned the case from another Assistant United States Attorney, Christine Watson

24  who has left the Office.  Counsel for the defendant is currently out of the country, and has

25  therefore not had an opportunity to discuss the case with the undersigned Assistant United States

26  Attorney.  The undersigned Assistant United States Attorney will also be out of the office on

27  August 10, 2005.  It is the parties' understanding that the Court is available on September 7,

28  2005.

STIPULATION AND [PROPOSED] ORDER
CR 05-0425 MMC

1    In light of the above, the parties agree, and the Court finds and holds, as follows:

2    1.    This matter is set for change of plea on September 7, 2005, at 2:30 p.m.

3    2.    The time between August 10, 2005 and September 7, 2005 is excluded under the Speedy

4    Trial Act.  The parties agree that the failure to grant the requested continuance would

5    unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree

7    that the ends of justice served by granting the requested continuance outweigh the best interest of

8    the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

9    See 18 U.S.C. § 3161(h)(8)(A).

10

11   STIPULATED:

12   DATED:_____              _____ /S/_____

13                                       V. ROY LEFCOURT
                                         Attorney for Defendant Naranjo-Lopez

14

15   DATED:_____              _____ /S/_____

16                                       JOSEPH A. FAZIOLI
                                         Assistant United States Attorney

17

     IT IS SO ORDERED.

18

     DATED:  August 9, 2005            _____

19                                       MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of:

**[PROPOSED] ORDER RESCHEDULING CHANGE OF PLEA DATE AND EXCLUDING TIME FROM AUGUST 10, 2005 TO SEPTEMBER 7, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

to be served this date on the party(ies) in this action,

**Via U.S. Mail**

**V. Roy Lefcourt**
**2019 Webster Street**
**San Francisco, CA 94115**
**Attorney for Defendant Naranjo-Lopez**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  August 9, 2005

_____  /S/
Ponly J. Tu
Legal Assistant (Immigration)
United States Attorney's Office